UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>In Re:   Dial Complete Marketing
and Sales Practices Litigation</u>

Case No. 11-md-2263-SM
11-cv-2264-SM

O R D E R

By notice dated August 31, 2011, Attorney John E. Galvin was instructed to register for Electronic Case Filing (ECF) within thirty (30) days.   On October 20, 2011, after the 30-day period had expired, the clerk's office contacted Attorney Galvin's office and left a voice mail message as a courtesy to remind him of the obligation to register for ECF.

Attorney Galvin shall register for ECF on or before January 27, 2012.   Failure to register by that date shall result in Attorney Galvin being removed as counsel of record, and he will no longer entitled to receive court notices and orders or pleadings filed by the parties in this case.

SO ORDERED.

Date: January 13, 2012

/s/   Steven J. McAuliffe

Steven J. McAuliffe
United States District Judge

cc:   Counsel of Record via ECF

Counsel of Record via US Mail:
*John E. Galvin, Esq.*
*Fred R. Rosenthal, Esq.*
*Donald Amamgbo, Esq.*
*Ronie M. Schmelz, Esq.*
*David Skall, Esq.*
*Paul E. Benson, Esq.*