# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| In Re: Dial Complete Marketing and Sales Litigation (MDL No. 2263) | ) ) ) ) MDL Docket No. 11-md-2263-SM ) ALL CASES ) ) ) |

## AMENDED SCHEDULING ORDER

Upon consideration of the Joint Motion for Entry of Amended Scheduling Order, and for good cause shown, the Court hereby amends the schedule in the Joint Discovery Plan entered on January 26, 2012 and amended on May 17, 2012 and adopts the following schedule:

| | |
|---|---|
| Deadline for Plaintiffs to Amend Pleadings | October 18, 2012 |
| Deadline for Plaintiffs to file their Motion for Class Certification and Proffer their Opening Class Certification Expert Report(s) | November 8, 2012 |
| Deadline for Dial to Amend Pleadings | January 24, 2013 |
| Deadline for Defendant to file their Response in Opposition to Plaintiffs' Motion for Class Certification and Proffer their Responsive Class certification Expert Report(s) | February 14, 2013 |
| Deadline for Plaintiffs to file their Reply in Support of Motion for Class Certification and Proffer their Class Certification Expert Rebuttal Report(s) | March 25, 2013 |
| Class Certification Hearing | To be set by the Court |
| Status conference to be held within two weeks of ruling on Plaintiffs' Motion for Class Certification | To be set by the Court |
| Deadline for Motion for Summary Judgment:  The parties propose deferring the | To be set by the Court |

2

| | |
|---|---|
| summary judgment deadline until the Court determines whether this case may proceed as a class action. | |

      This schedule may be further modified upon order of the Court on its own motion, by joint application of the parties or upon application of any party including a showing of good cause.

Entered: _September 26, 2012_

/s/ Steven J. McAuliffe
Steven J. McAuliffe
United States District Judge

CH1 6780448v.1